## (June 22, 1970)

■    In the Matter of the Application for JOHN R. FREEMAN for Admission to the Bar.— Motion by applicant for reargument and reconsideration of his prior application for admission to the Bar of the State of New York

which was previously denied by order of this court dated December 22, 1969. Motion denied. Christ, P. J., Rabin, Hopkins, Latham and Brennan, JJ., concur.